**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| _____ ) | ) | Civil Nos. |
| IN RE: SEPTEMBER 11 LITIGATION | ) | 21 MC 97 (AKH) |
|  | ) |  |
|  | ) | NOTICE OF MOTION |
| _____) |  |  |

     PLEASE TAKE NOTICE that, upon the accompanying memorandum of law and the Declaration of Robert T. Haefele, Esq., the plaintiffs in 21 MC 97 will move this Court at the earliest time permitted, at the United States Courthouse, 500 Pearl Street, New York, New York, for an order setting aside the defendants' designations of confidentiality that the Aviation Defendants made purportedly pursuant to the Confidentiality Protective Order this Court entered on March 30, 2004, and making public all of the documents the Aviation Defendants produced in the above-referenced matter (where applicable, as redacted by the intervenors, the United States Government).

Dated:  October 29, 2007
New York, New York

                              Respectfully submitted,

                              **MOTLEY RICE LLC**

                        **By:**     __/s/ Michael E. Elsner_____
                                  Ronald L. Motley, Esquire
                                  Joseph F. Rice, Esquire
                                  Donald Migliori, Esquire
                                  Jodi Westbrook Flowers, Esquire
                                  Mary Schiavo, Esquire
                                  Michael E. Elsner, Esquire (ME-8337)
                                  Robert T. Haefele, Esquire
                                  Elizabeth Smith, Esquire
                                  Justin Kaplan, Esquire

                                  MOTLEY RICE LLC
                                  28 Bridgeside Boulevard
                                  Post Office Box 1792
                                  Mount Pleasant, SC 29465
                                  Tel:  (843) 216-9000
                                  *Liaison Counsel for PI/WD Plaintiffs*