# Exhibit 2




Print

## Statement Regarding Washington-Dulles International Airport Security Video

**U. S. DEPARTMENT OF HOMELAND SECURITY**
Transportation Security Administration

FOR IMMEDIATE RELEASE   -  July 21, 2004
TSA Press Office: (571) 227-2829

*The following TSA statement is in response to the Washington-Dulles International Airport's security checkpoint video from Sept. 11, 2001.*

"This videotape demonstrates the inadequate security procedures in the pre-9/11 era. Moreover, it strongly validates the dramatic changes that TSA has made in the world of aviation security."