

**MotleyRice** LLC
ATTORNEYS AT LAW
www.motleyrice.com



RECEIVED
JUN 06 2014
CHAMBERS OF
ALVIN K. HELLERSTEIN
U.S.D.J.

28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
o. 843.216.9000  f. 843.216.9450

**Robert T. Haefele**
*Licensed in DC, NJ, NY, PA, SC*
direct: 843.216.9184
rhaefele@motleyrice.com

June 6, 2014

*So ordered*
*6-6-14*

**Via Email (Christopher_stanley@nysd.uscourts.gov)**
The Honorable Alvin K. Hellerstein
United States District Judge
    for the Southern District of New York
United States Courthouse
500 Pearl Street, Room 910
New York, New York 10007

Re:     In Re September 11 Litigation; Case No. 21 MC 97 (AKH), 21 MC 101 (AKH)

        April D. Gallop v. American Airlines, et al.; Case No. 03-CV-1016 (AKH)

        The Minor Child Elisha Z. Gallop v. American Airlines, Inc., et. al.; Case No. 03-CV-1016 (AKH) (ancillary proceeding)

        Request for Transcript of Sealed Proceedings on June 3, 2014

Dear Judge Hellerstein:

        On Tuesday, June 3, 2014, I appeared before Your Honor in a hearing in the above-referenced matter. Your Honor appropriately sealed the proceedings. I write to request a copy of the transcript of that hearing. Thank you in advance.

Respectfully,

Robert T. Haefele
RTH/eg


MT. PLEASANT, SC | PROVIDENCE, RI | HARTFORD, CT | NEW YORK, NY
MORGANTOWN, WV | WASHINGTON, DC | LOS ANGELES, CA | NEW ORLEANS, LA

*Motley Rice LLP operates the California office.*